```
 1  STATE OF OHIO,         )
    COUNTY OF CUYAHOGA,    ) SS          ZONE, J.J., J.
 2  CITY OF CLEVELAND.     )

 3

 4                    IN THE MUNICIPAL COURT

 5                           - - -

 6  CITY OF CLEVELAND,            )
                                  )
 7          Plaintiff,            )
                                  )
 8      vs.                       )    2015CRB010507
                                  )
 9  STEPHEN MCNULTY,              )
                                  )
10          Defendant.            )

11                           - - -

12

13  Transcript of Digitally Recorded Proceedings had

14  before the Honorable Judge JOSEPH J. ZONE on

15  Tuesday, June 16, 2015 in Courtroom 14-D.

16                           - - -

17  APPEARANCES:

18      On behalf of the plaintiff:

19          Kimberly Barnett-Mills, Acting Chief Police
            Prosecutor
20          By:  Karyn Lynn, Assistant Police
            Prosecutor.
21
        On behalf of the defendant:
22
            Freda Levenson, Esq.
23

24

25  Devonna Tucker
```

OFFICIAL COURT REPORTER
CLEVELAND MUNICIPAL COURT
Cleveland, Ohio 44113

```
 1                    P R O C E E D I N G S
 2          THE BAILIFF:         Number 38 on the
 3     docket, Stephen McNulty.
 4          THE COURT:           Good morning,
 5     counselor.
 6          MS. LEVENSON:        Good morning, your
 7     Honor.
 8            Freda Levenson from ACLU for the
 9     defendant.
10          THE COURT:           Okay.
11          MS. LYNN:            Your Honor, we've had
12     extensive pretrial discussions. We've
13     exchanged discovery.  City has had an
14     opportunity to review the video on this
15     case. Especially, the video shows
16     Mr. McNulty taking photographs of what was
17     occurring on that date. Can't say that he
18     was acting disorderly, so for that reason,
19     we move for dismissal of the charges.
20          THE COURT:           I don't think there is
21     any objection.
22          MS. LEVINSON:        Not at all.
23          THE COURT:           All right.
24          MS. LEVENSON:        Judge, thank you. The
25     only thing remaining is that we will be
```

```
1          moving to expunge the record.
2          THE COURT:           Okay, just file that at
3          the appropriate time. We will take care of
4          it.
5          MS. LEVINSON:        Thank you so much.
6          THE COURT:           All right. You have a
7          good day.
8
9
10
11                                - - -
```

4

```
                    C E R T I F I C A T E


State of Ohio,          )
County of Cuyahoga,     )      SS:
City of Cleveland.      )


City of Cleveland,      )
       V.               )

Stephen McNulty.        )


        I, Devonna Tucker, court reporter, do hereby
certify that as a reporter employed by the Cleveland
Municipal Court, I took down in stenotype all of the
digitally recorded proceedings in the above-captioned
case on the date set forth; that I have transcribed
my said stenotype notes into typewritten form as
appears in the foregoing transcript of the digitally
recorded proceedings; that said transcript is a
complete record of the digitally recorded proceedings
had in the hearing of said case and constitutes a
true and correct transcript of the digitally recorded
proceedings had therein.


             Dated this 19th day of June, 2015.



             _____
             Devonna Tucker
```